District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZAR Y. ANDRIENKO and EKATERINA M. ABRAMOVA, <br><br> Plaintiffs, <br><br> v. <br><br> CYNTHIA MUNITA, *et. al.* <br><br> Defendants. | CASE NO. 2:21-cv-0471-TSZ <br><br> STIPULATED MOTION AND ORDER HOLDING CASE IN ABEYANCE |

## JOINT STIPULATION

Plaintiff brings this litigation pursuant to the Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to act on Plaintiffs' naturalization applications. Dkt. 1. Defendants have yet to answer the Complaint.

USCIS scheduled an interview for Plaintiffs on June 24, 2021. After USCIS interviews Plaintiffs, the agency can then proceed to act on Plaintiffs' naturalization applications. To allow USCIS sufficient time to act on Plaintiffs' applications after their interviews, the parties, through their counsel, jointly request that the Court hold this matter

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE
2:21-cv-0471-TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in abeyance for 150 days. The parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiffs' claims.

Accordingly, the parties STIPULATE and JOINTLY REQUEST that the Court hold this case in abeyance and order the parties to file a joint status report within 150 days after entry of the proposed Order.

**SO STIPULATED.**

Dated this 8th day of June, 2021

/s/ Devin T. Theriot-Orr
DEVIN T. THERIOT-ORR, WSBA # 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, Washington 98032
Phone: 206-962-5052
Fax: 206-681-9663
Email: devin@opensky.law

**SO STIPULATED.**

Dated this 8th day of June, 2021

/s/ Jennifer Rozdzielski
JENNIFER ROZDZIELSKI, CA # 273260
*Pro Hac Vice*
JR Immigration Law
21250 Hawthorne Blvd., Ste. 500
Torrance, California 90503
Phone: 310-792-7063
Email: jennifer@jrvisalaw.com

//

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE
2:21-cv-0471-TSZ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

Dated this 8th day of June, 2021

                                TESSA M. GORMAN
                                Acting United States Attorney

                                */s/ James C. Strong*
                                JAMES C. STRONG, OR # 131597
                                Assistant United States Attorney
                                United States Attorney's Office
                                700 Stewart Street, Suite 5220
                                Seattle, Washington 98101-1271
                                Phone:  206-553-7970
                                Fax:  206-553-4073
                                E-mail:  james.strong@usdoj.gov

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE
2:21-cv-0471-TSZ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The Parties having so stipulated, the Court hereby ORDERS that this action shall be STAYED and the parties shall file a Joint Status Report with the Court on or before November 10, 2021, on the status of the case and propose a schedule for any further proceedings.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2021.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE
2:21-cv-0471-TSZ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970